S. SHOPIRO COMPANY, Respondent, *v.* MARYLAND CASUALTY COMPANY, Appellant.

*S. Shopiro Company* v. *Maryland Casualty Co.,* 145 App. Div. 905, affirmed.
(Argued January 15, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered June 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a policy of insurance against loss or damage caused by leakage from an automatic sprinkler system.

*Edward Schoeneck* for appellant.

*J. R. McGowan* and *Benjamin Stolz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ. Not voting: HISCOCK, J,